**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL LOVERIDGE, | ) NO. CV 08-1419-ABC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| L.W. WATSON, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>December 7, 2010</u>.

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE